**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GETTY IMAGES HOLDINGS, INC., et al.,[1] | ) | Case No. 26-11649 (JKS) |
| | ) | |
| Debtors. | ) | |

**GOVERNMENT ATTORNEY CERTIFICATION**

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Commonwealth of Pennsylvania, Department of Revenue, through the Office of Attorney General of Pennsylvania in this action: I am admitted to practice law in the following Courts: the Supreme Court of Pennsylvania, U.S. District Courts for the Middle, Eastern and Western Districts of Pennsylvania. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this Court for disciplinary purposes.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Getty Images Holdings, Inc. (4229); Griffey Midco (DE), LLC (7122); Abe Investment Holdings, Inc. (5107); Getty Images, Inc. (7556); Getty Images (US), Inc. (8819); Getty Images News Services (PRC), Inc. (1849); and Getty Images (Seattle), Inc. (6863). The location of the Debtors' service address for purposes of these chapter 11 cases is: 605 5th Ave. S. Suite 400, Seattle, WA 98104.

Respectfully submitted,

DAVID W. SUNDAY JR.
Attorney General

Date: November 12, 2026

By: *s/ Melissa L. Van Eck*
Melissa L. Van Eck
Attorney ID 85869
Chief Deputy Attorney General
Office of Attorney General
Financial Enforcement Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 574-3921
mvaneck@attorneygeneral.gov

*Counsel for Commonwealth of Pennsylvania Department of Revenue*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed and served upon all those who receive electronic notifications on November 12, 2026.

*/s/ Melissa L. Van Eck*
Melissa L. Van Eck
Chief Deputy Attorney General